# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 07-22-2016
Response Date: 07-22-2016
Tracking Number: 100291682479

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

P WAGNER & TONYE-MARIE CASTANEDA

003784

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:          0.00
ACCRUED INTEREST:         0.00      AS OF: Jun. 06, 2016
ACCRUED PENALTY:          0.00      AS OF: Jun. 06, 2016

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):         0.00
```

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

```
EXEMPTIONS:               02
FILING STATUS:            Married Filing Joint
ADJUSTED GROSS
  INCOME:                 14,397,135.00
TAXABLE INCOME:           14,143,202.00
TAX PER RETURN:           5,035,598.00
SE TAXABLE INCOME
  TAXPAYER:               0.00
SE TAXABLE INCOME
  SPOUSE:                 0.00
TOTAL SELF
  EMPLOYMENT TAX:         0.00
```

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Oct. 15, 2013
PROCESSING DATE                                               Dec. 09, 2013

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed 89221-299-20104-3 | 20134705 | 12-09-2013 | $5,035,598.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2013 | -$6,239,154.00 |
| 716 | Credit you chose to apply from prior tax period | | 04-15-2012 | -$160,129.45 |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | | 04-09-2013 | $0.00 |
| 570 | Additional account action pending | | 12-09-2013 | $0.00 |
| 971 | Notice issued | | 12-09-2013 | $0.00 |
| 971 | Notice issued | | 12-23-2013 | $0.00 |
| 570 | Additional account action pending | | 02-24-2014 | $0.00 |
| 570 | Additional account action pending | | 02-07-2014 | $0.00 |

Tracking Number: 100291682479

| 971 | Notice issued | | 03-31-2014 | $0.00 |
| 830 | Credit you chose to apply to following tax period's taxes | | 04-15-2013 | $839,999.00 |
| 960 | Appointed representative | | 12-12-2014 | $0.00 |
| 290 | Additional tax assessed 71254-497-05377-5 | 20151405 | 04-27-2015 | $0.00 |
| 570 | Additional account action pending | | 04-27-2015 | $0.00 |
| 570 | Additional account action pending | | 04-10-2015 | $0.00 |
| 807 | Reduced or removed W-2 or 1099 withholding | | 04-15-2013 | $839,999.00 |
| 290 | Additional tax assessed 71254-537-05917-6 | 20162005 | 06-06-2016 | $0.00 |
| 706 | Credit transferred in from 1040 201412 | | 04-15-2015 | -$335,871.39 |
| 196 | Interest charged for late payment | 20162005 | 06-06-2016 | $19,558.84 |

This Product Contains Sensitive Taxpayer Data