FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER WAGNER and TONYE-MARIE CASTAÑEDA,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 2:18-cv-00076-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT** |

    Before the Court is the parties' Stipulated Motion for Entry of Judgment, ECF No. 27. The motion was heard without oral argument.

    The parties stipulate and move for the entry of final judgment, with enforcement of the judgment to be stayed pending completion of any appeal.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.    The parties' Stipulated Motion for Entry of Judgment, ECF No. 27, is **GRANTED**.

    2.    The District Court Executive is directed to enter judgment as follows:

Judgment is hereby entered in favor of the plaintiffs—Peter Wagner and Tonye-Marie Casteneda, husband and wife—and against the defendant—the United States of America—for a refund of federal income tax in the amount of $859,557, plus interest pursuant to 28 U.S.C. § 2411, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

**ORDER DENYING THE UNITED STATES' MOTION TO PARTIALLY DISMISS CASE ~ 1**

3. Enforcement of the judgment is stayed pending the completion of any appeal.

4. The United States reserves the right to appeal the Order Denying the United States' Motion to Partially Dismiss Case, ECF No. 18.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 18th day of March 2019.



Stanley A. Bastian
United States District Judge

**ORDER DENYING THE UNITED STATES' MOTION TO PARTIALLY DISMISS CASE ~ 2**